396

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v.
JAMES PETROS, ET AL., DEFENDANTS-RESPONDENTS.

*Mr. Norman Heine* and *Mr. Anthony M. Bezich* for the
petitioner.

*Mr. Joseph T. Sherman* and *Mr. Benjamin Asbell* for the
respondents.

March 19, 1965. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
SAM BLANTON, DEFENDANT-PETITIONER.

*Mr. Lawrence A. Carton, Jr.* for the petitioner.

No appearance for the respondent.

March 19, 1965. Denied.

HACKENSACK HOSPITAL, PLAINTIFF-RESPONDENT, v.
YAROSLAV TIAJOLOFF, DEFENDANT-PETITIONER.

See same case below: 85 *N. J. Super.* 417.

*Mr. Yaroslav Tiajoloff in propria persona.*

*Messrs. Winne & Banta* for the respondent.

March 19, 1965. Denied.